UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YAMEN E. SLAIEH<br>on behalf of Himself and Others<br>Similarly Situated<br>    *Plaintiffs*, | §<br>§<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. A09-CA-695LY |
| | § | |
| CARINO'S ITALIAN KITCHEN, INC.<br>    *Defendant*. | §<br>§ | |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

The parties, by and through counsel, jointly move the Court for an Order granting approval of the settlement resolving the FLSA claims of all named Plaintiffs and future opt-in Plaintiffs. A copy of the Stipulation of Settlement and Proposed Notice is attached hereto as Exhibit 1. In connection with approval of this FLSA settlement, the parties request entry of a stipulated judgment in the form submitted to the Court.

In support of this Motion, the parties incorporate herein by reference their Memorandum in Support of Joint Motion for Approval of FLSA Settlement, which is filed simultaneously herewith.

WHEREFORE, the parties respectfully request that the Court grant approval to the proposed FLSA settlement and authorize the issuance of notice to class members and all necessary and related ancillary matters as detailed in the attached Stipulation of Settlement. The parties further request that once class notice has been issued and payment to those persons who elect to participate in the settlement has been accomplished, the Court enter a final judgment dismissing the case in its entirety, with prejudice. An Agreed Order Granting Approval and Authorizing Notice, approved by the parties, has been submitted with this Motion.

   /s/ Michael L. Forman
Michael L. Forman, SBN 24010030
Vanessa M. Kelley, SBN 24060079
Brown Pruitt Peterson & Wambsganss, P.C.
201 Main Street, Suite 801
Fort Worth, Texas 76102
(817) 338-4888; Fax: (817) 338-0700

   /s/ David L. Kern
David L. Kern, SBN 11334450
Kern Law Firm
1300 North El Paso Street
El Paso, TX 79902
(915) 542-1900
(915) 915-242-0000 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

AND

  /s/ Thomas E. Reddin
Thomas E. Reddin, SBN 16660950
Winstead, PC
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

**ATTORNEY FOR DEFENDANT**